IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS EDWARD RICHARD                                                                PLAINTIFF

V.                                   CIVIL NO. 4:14-cv-04027

JANA TALLANT; TARA GREEN;
TAMMY ARNOLD; SHELBY MILLER;
JAILER MISTY; JAILER SHAWN;
ANDRE JONES; DAWANDA SCHWOPE;
and BRIAN COOK                                                                      DEFENDANTS


**O R D E R**

Plaintiff proceeds in this section 1983 action *pro se* and *in forma pauperis*. Before the Court is Plaintiff's first Motion to Supplement Complaint. ECF No. 6.

Rule 15 of the Federal Rules of Civil Procedure governs amended pleadings. Rule 15(a) provides in pertinent part:

> (1) ***Amending as a Matter of Course***. A party may amend its pleading once as a matter of course within: (A) 21 days after serving it, or (B) if the pleading is one to which a responsive pleading is required, 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier.

Fed. R. Civ. P. 15(a).

Plaintiff filed his Motion to Supplement on March 4, 2014. This is his first motion moving to supplement or amend his Complaint. As of this date, Defendants have not yet been served. Accordingly, Plaintiff may supplement his Complaint as a matter of course. Fed. R. Civ. P.

15(a)(1). Plaintiff's Motion to Supplement is hereby **GRANTED.** The Clerk is **DIRECTED** to file Plaintiff's Motion to Supplement (ECF No. 6) as a supplement to his Complaint.

    **IT IS SO ORDERED** this 7th day of May 2014.

                                          /s/ Barry A. Bryant
                                          HON. BARRY A. BRYANT
                                          UNITED STATES MAGISTRATE JUDGE