IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS EDWARD RICHARD                                                                PLAINTIFF

V.                                    CIVIL NO. 4:14-cv-04027

JANA TALLANT; TARA GREEN;
TAMMY ARNOLD; SHELBY MILLER;
JAILER MISTY; JAILER SHAWN;
ANDRE JONES; DAWANDA SCHWOPE;
and BRIAN COOK
                                            DEFENDANTS

## **O R D E R**

Plaintiff proceeds in this section 1983 action *pro se* and *in forma pauperis*. Within Plaintiff's first Supplement to the Court, filed on May 7, 2014, he requested Dr. Patel be added as a Defendant in this matter. ECF No. 9. While the Court allowed the Supplement to the Complaint, it inadvertently overlooked this particular request. Therefore, Dr. Patel was never added as a Defendant or served in this matter.

This case has now been pending for almost two years, and Defendants have already moved for summary judgment. The Court finds it would be prejudicial for the current Defendants for the Court to delay the resolution of this case any further by adding Dr. Patel at this time.

Therefore, Plaintiff's request to add Dr. Patel as a Defendant in this case is hereby **DENIED.** Plaintiff is advised, however, that he may file a separate complaint against Dr. Patel rasing any claims he may wish to assert against him.

**IT IS SO ORDERED** this **21st day of October 2015.**

                                        /s/ Barry A. Bryant
                                        HON. BARRY A. BRYANT
                                        UNITED STATES MAGISTRATE JUDGE