IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS EDWARD RICHARD                                                              PLAINTIFF

v.                          Civil No. 4:14-cv-04027

JANA TALLANT, Jail Supervisor,
Howard County Jail; JAILER BRIAN
COOK; JAILER TARA GREEN; JAILER TAMMY
ARNOLD; JAILER SHELBY MILLER; JAILER MISTY
(last name unknown); JAILER SHAWN
(last name unknown); JAILER ANDRE JONES;
and JAILER DAWANDA SCHWOPE                                                       DEFENDANTS

## ORDER

By order (ECF No. 25) entered on February 2, 2015, the Court found that Plaintiff had waived his right to a jury trial by not making a timely demand. Plaintiff has filed a second motion for jury trial (ECF No. 28). The gist of Plaintiff's argument is that his failure to timely file a demand should be overlooked because of his *pro se* status. Plaintiff's *pro se* status does not excuse him from complying with the Federal Rules of Civil Procedure. *Ackra Direct Marketing, Corp. v. Fingerhut Corp.*, 86 F.3d 852, 856 (8th Cir. 1996)("*pro se* representation does not excuse a party from complying . . . with the Federal Rules of Civil Procedure"). The Motion (ECF No. 28) is **DENIED.**

IT IS SO ORDERED this 14th day of January 2016.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE