IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS EDWARD RICHARD                                                          PLAINTIFF

V.                                         CIVIL NO. 4:14-cv-04027

JANA TALLANT                                                                  DEFENDANTS

## ORDER

This is a civil rights action filed by Plaintiff, Louis Edward Richard, pursuant to the provisions of 42 U.S.C. § 1983.  Plaintiff proceeds *pro se* and *in forma pauperis*.  Currently before the Court are Plaintiff's request for subpoena of his medical records from Arkansas Department of Correction ("ADC").  ECF No. 51.

Plaintiff specifically requests his medical records "as to what he take as [insulin] and why".  ECF No. 51, p.3.  The Court finds good cause is shown for the issuance of the subpoena.

The Clerk is **DIRECTED** to issue subpoena to the Medical Records Custodian: Correct Care Solutions, Attn: Jane Fletcher, Medical Records, ADC Administration Building, 6814 Princeton Pike Road, Pine Bluff, Arkansas 71602.  The subpoena should require the production of the following:

> all records, regarding the physical or mental health care, treatment, or diagnosis of Louis Edward Richard, ADC #96904 related to Plaintiff's insulin usage.

The subpoena should be served by certified mail, return receipt requested.  The records shall be produced to the Court no later than **April 4, 2016.**  The records should be accompanied by an affidavit from the Records Custodian attesting to the authenticity of the records and be

1

delivered to the United States District Court, Western District of Arkansas, Pro Se Office, 35 East Mountain Street, Room 510, Fayetteville, Arkansas 72701-5354.  If the Records Custodian has no records fitting the above description they are **DIRECTED** to send an affidavit stating that fact to the Court by **April 4, 2016.**

  **IT IS SO ORDERED** this 4th day of March 2016.

             /s/ Barry A. Bryant
             HON. BARRY A. BRYANT
             UNITED STATES MAGISTRATE JUDGE