IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

LOUIS EDWARD RICHARD                                                              PLAINTIFF

V.                              CIVIL NO. 4:14-cv-04027

JANA TALLANT                                                                      DEFENDANT

## ORDER

Plaintiff, Louis Edward Richard, filed this case *pro se* pursuant to the provisions of 42 U.S.C. § 1983 case.  ECF No. 1.  The parties have consented to the jurisdiction of a magistrate judge to conduct any and all proceedings in this case, including conducting the trial, ordering the entry of a final judgment, and conducting all post-judgment proceedings.  ECF No. 16.

Pursuant to this authority, I held a bench trial on May 13, 2016.  After thoroughly considering all of the evidence presented and arguments made, I issued findings of fact and conclusion of law from the bench.  In accordance with these findings and conclusions, I dismissed Plaintiff's claims against Jana Tallant with prejudice.

Accordingly, I now issue this Judgment.  Plaintiff Louis Edward Richard's claim brought pursuant to 42 U.S.C. § 1983 against Jana Tallant is **DISMISSED WITH PREJUDICE.**

**IT IS SO ORDERED this 18th day of May 2016**.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
UNITED STATES MAGISTRATE JUDGE